IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**DWAYNE N. CLARK,**                                    2:10-CV-6222-SU

        **Plaintiff,**                              JUDGMENT

**v.**

**MICHAEL J. ASTRUE,**
**Commissioner, Social Security**
**Administration,**

        **Defendant.**

    Based on the Court's Order (#16) issued September 15, 2011, the Court **DISMISSES** this matter.

    IT IS SO ORDERED.

    DATED this 16th day of September, 2011.

                                                           /s/ Anna J. Brown

                                                         ANNA J. BROWN
                                                         United States District Judge

1  -  JUDGMENT