IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **DWAYNE N. CLARK,** | 2:10-CV-6222-SU |
| Plaintiff, | JUDGMENT |
| v. | |
| **MICHAEL J. ASTRUE,**<br>**Commissioner, Social Security**<br>**Administration,** | |
| Defendant. | |

Based on the Court's Order (#__16__) issued September __15__, 2011, the Court **DISMISSES** this matter.

IT IS SO ORDERED.

DATED this 16th day of September, 2011.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

1 - JUDGMENT